Kipp C. Leland (KL 0932)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006
(212) 669-0600
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

OKAYA (U.S.A.), INC.

        Plaintiff,

- against -

GALAXY BULKSHIP LTD, and
JH WORLD EXPRESS, *in personam,* and the
M/V SANKO GALAXY, her engines,
boilers, tackle, etc., *in rem.*

        Defendants.
-------------------------------------------------------------X

**RULE 7.1 STATEMENT**



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private, non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held:

        Okaya & Co., Ltd

Dated: New York, New York
       August 4, 2008

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

                   By: _____
                        Kipp C. Leland (KL-0932)
                        45 Broadway, Suite 1500
                        New York, New York 10006
                        (212) 669-0600