AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

OKAYA (U.S.A.), INC.

v.

GALAXY BULKSHIP LTD, and JH WORLD EXPRESS, in personam, and the M/V SANKO GALAXY, her engines, boilers, tackle, etc., in rem

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 6942**

**JUDGE STEIN**

TO: (Name and address of Defendant)

GALAXY BULKSHIP LTD, 17 Battery Place, New York, New York 10004

JH WORLD EXPRESS, 13515 S. Figueroa Street, Los Angeles, CA 90061

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kipp C. Leland
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500, New York, New York 10006

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    AUG 0 4 2008

_____                           _____
CLERK                                                 DATE

_Catherine Lapsley_
(By) DEPUTY CLERK

Form 27 - GEN ALL PURPOSE

HILL RIVKINS & HAYDEN LLP
ATTN:
U.S. DISTRICT SOUTHERN COURT    NEW YORK  COUNTY

OKAYA (U.S.A.)., INC.                      plaintiff

Index No. 08 CIV 6942

Date Filed ............

                - against -

Office No. 29900-KCL

GALAXY BULKSHIP LTD. ETAL              defendant

Court Date:   /  /

STATE OF CALIFORNIA COUNTY OF LOS ANGELES       :SS:

MIGUEL MOLINA            being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of California
    That on the  12th  day of August, 2008     at  04:00 PM.,                    at
    13515 S. FIGUEROA ST
    LOS ANGELES, CA 90061
I served a true copy of the
    SUMMONS
    RULE 7.1 STATEMENT
    COMPLAINT
    JUDGES RULES

upon JH WORLD EXPRESS
the DEFENDANT therein named,
by delivering to, and leaving personally with
    JAMES HSU, OWNER

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
    EX: MALE           COLOR: ASIAN          HAIR: BLACK
    PP. AGE: 55        APP. HT: 5:4          APP. WT: 160

OTHER IDENTIFYING FEATURES:
    State of California
    County of Orange
Sworn to before me this
14th  day of August, 2008n

................................
Notary Public

E 5-2011
Commission expirate date

..................................
MIGUEL MOLINA   REG. #5414
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3HRLOM143201



TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011